FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____Central_____ DIVISION

CASE NO. __4:24-cv-00120-LPR__

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 0 9 2024
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Jury Trial: ☒ Yes ☐ No
(Check One)

I.   Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of plaintiff: _Charles Youngberg_
     ADC # _____
     Address: _1600 E. Booth Rd, Suite 300 Searcy, AR 72143_

     Name of plaintiff: _____
     ADC # _____
     Address: _____

     Name of plaintiff: _____
     ADC # _____
     Address: _____

This case assigned to District Judge Rudofsky
and to Magistrate Judge Kearney

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.   Name of defendant: _Tim Weaver_
     Position: _Circuit Court Judge_
     Place of employment: _Stone County Courthouse_
     Address: _107 W. Main St. Mt. View, AR 72560_

     Name of defendant: _Drew Smith_
     Position: _Deputy Prosecutor_

-4-

Place of employment: Stone County Courthouse

Address: 107 W. Main St. Mnt. View, Ar. 72560

Name of defendant: L. C. Ozain

Position: Police Officer

Place of employment: Mnt View City Police Dept

Address: 205 South Peabody Ave. Mountain View, Ar. 72560

Name of defendant: Autumn R. Brackett

Position: Paid Informant 16th Judicial District

Place of employment: Office of Deputy Prosecutor Dan Smith

Address: 25637 Hwy 14 E. Mountain View, Ar. 72560

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ☒

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

  ☐ Court (if federal court, name the district; if state court, name the county):

   _____

  ☐ Docket Number: _____

  ☐ Name of judge to whom case was assigned: _____

  ☐ Disposition: (for example: Was the case dismissed?  Was it appealed?
   Is it still pending?) _____

  ☐ Approximate date of filing lawsuit: _____

  ☐ Approximate date of disposition: _____

IV. Place of present confinement: *White County Detention Center*

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

  _____ in jail and still awaiting trial on pending criminal charges

  __X__ serving a sentence as a result of a judgment of conviction

  _____ in jail for other reasons (e.g., alleged probation violation, etc.)
   explain: _____

   _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

  A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

   Yes __X__ No _____

  B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes  X   No ___

If not, why? _____

_____

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1 of 10  On the date of 2-1-24 all named defendants knowingly and purposely conspired together to falsely imprison the plaintiff herein. And have done so with notice to insure the plaintiffs torture is continued and to cover up the vast corruption within the Stone County Circuit Court and the Mountain View City Police Department. Even a lay person could clearly recognize the only causal connection that exists between the defendants retaliatory motives and their adverse actions is because the plaintiff has filed claims against them in the USDC as well as the offices of Discipline & Disability and professional conduct. Speaking out about the corruption, violations of Constitutional rights, laws of the United States, and this State. Thus making all their adverse actions series of transactions and occurrence subject to the same question of the law including Constitutional violations.

the defendants herein knowingly and purposely violated the following Constitutional Rights of the plaintiff, to commit their crimes and insure the false imprisonment and torture of the plaintiff.

1. Amendment 5: Shall not be compelled in Criminal cases to be a witness against himself, nor be deprived of life, liberty, or property without due process of law, nor shall private property be taken for use, without just compensation.

2. Amendment 6: Shall enjoy the right to a speedy trial, publically by a Impartial jury of the State and district where the Crime was committed. Shall have compulsatory process for obtaining witnesses in his favor and to have assistance of Counsel to his defense.

3. Amendment 8: Excessive bail shall not be required, nor excessive fines imposed, nor Cruel and unusual punishment inflicted.

4. Amendment 9: The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

5. Amendment 13: Neither Slavery nor involuntary Servitude, except as punishment, for a Crime where of the party shall have been duly convicted

shall only exist within the United States, or any place subject to their jurisdiction.

6. Amendment 14: No State shall make or enforce any law which shall abridge the privileges or the immunities of citizens of the United States, nor shall any State deprive any person of life, liberty or property without due process.

The defendants herein knowingly and purposely violated the following Universal Declaration of Human Rights, to commit their crimes and injuries, the false imprisonment and torture of the plaintiff;

Article 1. All human beings are born free and equal in dignity and rights. They are endowed with reason and conscience and should act towards one another in a spirit of brotherhood.

Article 3. Everyone has a right to life, liberty and security of person.

Article 4. No one shall be held in slavery or servitude; slavery and the slave trade shall be prohibited in all their forms.

Article 5. No one shall be subject to torture, or to cruel, inhuman, or degrading treatment and punishment.

Article 6. Everyone has a right to recognition everywhere as a person before the law.

Article 7. All are equal before the law and are entitled without any discrimination to equal protection against any discrimination in violation of this declaration and against any incitement to such discrimination.

Article 9. No one shall be subject to arbitrary arrest, detention or exile.

Article 10. Everyone is entitled in full equality to a fair and public hearing by any independent and impartial tribunal, in the determination of his rights and obligations and of any criminal charge against him.

Article 11. (1) Everyone charged with a penal offense has the right to be presumed innocent until proven guilty according to the law in a public trial at which he has had all the guarantees necessary for his defense.

(2) No one shall be held guilty of any penal offense on the account of any act or omission which did not constitute a penal offense under national or international law, at the time when it was committed.

Article 12. No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, no attacks upon his reputation and honor. Everyone has

a right to the protection of the law against such interference or attacks.

## Statement of Claim

On the date of 2-1-24 Deputy Prosecutor Drew Smith under the color of state, put into motion a conspired plan to wrongfully convict and falsely imprison the plaintiff herein. And he done so in retaliation to insure the plaintiffs torture would continue and to cover up the vast corruption within the Stone County Circuit Court and the Mountain View City Police Department. Even a lay person could clearly recognize the only causal connection that exists between the defendants retaliatory motives and their adverse actions had to be because the plaintiff was speaking out about the corruption and has filed claims against them in the United States District Court, Office of Discipline and disability and the office of professional conduct. Thus making all their adverse actions, a series of transactions and occurrences subject to the same question of law including torture, slavery, false imprisonment, and ones rights protected by the United States Constitution. As well as ones right to file complaints within the United States Dis. Court. Identifying as well but not limiting to (CAT) Convention against Torture and other

cruel, inhuman, degrading treatment or acts of punishment. Inalienable Rights, and International Human Right Standards.

In the same series of adverse actions, transactions and occurrences. Judge Tim Weaver, Officer L.C. Oquin, and Paid Informant Autumn Renee Brackett conspired with and assisted Deputy Prosecutor Smith in carrying out his plan under the color of state. All individuals did infact participate in obstructing justice to insure the plaintiff herein would be falsely imprisoned and his torture continued. Thus participating in violating the plaintiffs Due Process, Constitutional Rights, Declaration of Human Rights, Arkansas Constitution, as well as Rules of Criminal Procedure, laws of the United States, and this State. Again even a lay person could clearly see and recognize the only causal connection that exists between the defendants retaliatory motives and their adverse actions. Had to be because the plaintiff is speaking out about the corruption, has filed claims against them in the United States Dis. Court. Thus making all their adverse actions subject to the same question of law. All named individuals conspired together and engaged in violating the plaintiffs protected rights, forcing a court proceeding upon the plaintiff without his defense counsel present. And done so to prejudice the

defendants case and deprive him of his rights in order to gain a wrongful and excessive conviction. Court record will show the plaintiff repeatedly exercised his right to counsel prior to the hearing. At which time Deputy Prosecutor Drew Smith gave false information to the Court about Defense Counsel Attorney Commissioner Gregg Parrish. And doing so to manipulate and obstruct justice so that the Court would move forward before Defense Counsel could arrive. Record will then show Attorney Tammy L. Harris advised the Judge that the information given by the prosecutor was not true or accurate. She had recieved a message from Commissioner Parrish's assistant that his phone had just finished and he himself was coming to represent the plaintiff. Record will then show the plaintiff addressed the Judge directly again exercising his right to counsel and requested the proceeding be postponed and put on recall until Defense Counsel could get there. Record will show upon recieving the information that the Attorney Commissioner himself was coming to defend the plaintiff. Deputy Prosecutor Drew Smith again violated legal ethics and manipulated the Court which influenced the Judge to deprive the plaintiff of his right to have counsel to represent him. The Judge then advised the indigent plaintiff he would have to purchase

a privately practiced attorney right there on the spot or be ordered to represent himself. That he was making such a judgement because the plaintiff herein had filed claims of conflicts of interest and ineffective assistance of counsel upon prior attorneys who the judge is in social and political relationships with. The plaintiff herein again exercised his right to an appointed attorney, advised the court he could not afford one. Then Judge Jim Weaver ordered the defendant to represent himself and told the prosecution to call his 1st witness.

In the same series of adverse actions, convictions, and occurrences. Officer L.C. Orwin of the Mountain View City Police Department took the stand and gave false testimony as part of her participation in the corruption and conspiracy. She as well admits to multiple violations of oath §5331 and court rules, codes, statutes in the commission of wrongfully arresting the plaintiff herein. She as well admits to only conducting a partial and incomplete investigation in discrimination against the plaintiff herein. Leaving out such evidence as blood and skin samples that would show DNA and potentially prove the plaintiffs innocent. As well as leaving out video and audio footage of the actual incident so the prosecutor could obtain a wrongful and illegal conviction in retaliation, and to cover up their corruption.

And in doing so she assisted in violating the Plaintiff's Right to Due Process, Constitutional Rights, Arkansas Constitutional Rights, Laws of the United States and this State. Even a lay person could recognize the only causal connection that exists between Officer Ozmin's retaliatory motives and her adverse actions is because the Plaintiff herein has filed prior claims against her in the United States District Court. Thus making all her adverse actions, series of transactions and occurrences subject to the same question of law involving violation of the Plaintiff's Constitutional Rights, Arkansas Constitutional Rights, Rules of Criminal Procedure, Laws of the United States and this State. In the same series of adverse actions, transactions and occurrences Paid Informant Perjurer Renee Brackett took the stand and gave false testimony as part of her participation in the corruption and conspiracy lead by Deputy Prosecutor Drew Smith. Throughout her participation she admits to being initially aggressive and assaulting Bailiff Steve Macy, Probation Officer Ben Goddard, Chief of Police George Batts as well as the Plaintiff herein. And assaulted the plaintiff throughout the commission of kid-napping the Plaintiff's minor children. As part of her agreement and payment for false testimony the prosecutor obstructed justice and never charged her for the crimes she committed. Even a lay

person could clearly recognize the causal connections that existed between Paid Informant Autumn Renee Brockett's retaliatory motives and her adverse actions is because the plaintiff herein has filed prior claims against her in the United States Dis. Court. Prosecutor Drew Smith agreed to obstruct justice for her in regards to the crimes she had committed, and she desired to insure the plaintiff's torture was continued because he had taken custody of their minor daughters in 2021. Thus making all her participation, adverse actions, series of transactions and occurrences subject to the same question of law involving violations of the plaintiff's Constitutional Rights, Arkansas Constitutional Rights, Rules of Criminal Procedure, Laws of the United States, and this State. All information provided can be confirmed by reviewing Court proceeding Case 69CR-20-61 State of Arkansas V. Charles Youngberg held on the date of 2-1-24 in the Stone County Courthouse.

Respectfully Submitted

Dated: 2-4-24

Charles Youngberg #486348
White County Detention Center
1600 E. Booth Rd, Suite 300
Searcy, Ar. 72143

## VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. 1. Declaration that the acts violate my rights under the Constitution and laws of the United States. 2. Compensatory damages in the amount of $50,000 against each defendant jointly and severally. 3. Nominal damages in the amount of $50,000 against each defendant jointly and severally. 4. Punitive damages in the amount of $50,000 against each defendant jointly and severally. 5. Plaintiff seeks jury trial on all issues triable by jury.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this  9  day of  Feb. , 20 24 .

_____
Charles Youngberg
_____
Signature(s) of plaintiff(s)

Charles Gaurgberg #486348
White County Detention Center
1600 E. Booth Rd. Suite 300
Searcy, Ar. 72143

United States Dis. Court
Eastern Dis. of Arkansas
Clerk of Court
600 West Capitol Avenue
Suite A149
Little Rock, Arkansas 72201-3325

Mailed From
White County
Detention Center

Legal Mail
2- -24